IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
No. 7:25-CV-00396-RN

**Matthew S. Hall**,

    Plaintiff,

v.

**Frank J. Bisignano,** Commissioner of Social Security,

    Defendant.

**Order**

    This matter comes before the court on Defendant's motion to stay. D.E. 16. Because of a lapse in appropriations and counsel's mandatory furlough, it requests a stay until 14 days after the lapse ends and funding is restored. *Id*. Plaintiff consents to the motion. *Id*.

    For good cause shown, the court grants the motion (D.E. 16). This case and associated deadlines are stayed until 14 days after the lapse in appropriations ends.

    Because Defendant's response brief was due five days after the lapse in appropriations (by October 6, 2025), the Defendant shall have five days from the stay's expiration (14 days after funding is restored) to file his brief.

Dated: October 1, 2025

                             */s/ Robert T. Numbers II*
                             ROBERT T. NUMBERS, II
                             UNITED STATES MAGISTRATE JUDGE