UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

| | | |
|---|---|---|
| MATTHEW S. HALL, | ) | |
| | ) | |
| Plaintiff | ) | |
| | ) | |
| | ) | |
| | ) | **JUDGMENT** |
| v. | ) | |
| | ) | No. 7:25-CV-00396-RN |
| FRANK BISIGNANO, | ) | |
| Commissioner of Social Security, | ) | |
| | ) | |
| Defendant. | ) | |

**Decision by Court.**
**This matter comes before the court on D.E. 24: Motion for Bill of Costs and D.E. 25: Motion for Attorney Fees.**

**IT IS ORDERED, ADJUDGED AND DECREED**:
 Upon stipulation and agreement of the parties, it is ORDERED that Defendant pay to Plaintiff $9,600.00 in attorney's fees, in full satisfaction of any and all claims arising under the Equal Access to Justice Act, 28 U.S.C. § 2412 along with $405.00 in filing fees. If the award to Plaintiff is not subject to the Treasury Offset Program, payment will be made by check payable to Plaintiff's counsel, Jonathan P. Miller, and mailed to his office at 1213 Culbreth Drive, Wilmington, NC 28405, in accordance with Plaintiff's assignment to his attorney of his right to payment of attorney's fees under the Equal Access to Justice Act.

This Judgment Filed and Entered on March 27, 2026 with service on:
Jonathan Miller (via CM/ECF Notice of Electronic Filing)
Wanda Mason (via CM/ECF Notice of Electronic Filing)
Samantha Zeiler (via CM/ECF Notice of Electronic Filing)

PETER A. MOORE, JR., CLERK

/s/ Carson Pendergrass
(By): Carson Pendergrass, Deputy Clerk